# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CIVIL NO. 1:18-CV-419-DBH |
| | ) |
| CHRISTOPHER LINDSAY, ET AL., | ) |
| | ) |
| DEFENDANTS | ) |

## ORDER ON GOVERNMENT MOTION TO STAY IN LIGHT OF LAPSE OF APPROPRIATIONS

This is a government lawsuit to collect tax liability and to enforce tax liens against real property. The government has asked to stay the lawsuit because of the government shutdown. (ECF No. 10). No party has objected. If there had been any objection, I probably would have denied the motion because litigants are entitled to have their disputes, even those over money and property, resolved as quickly as possible. Here, however, any delay harms (if there is any harm) only the government. I therefore **GRANT** the motion to stay but order the government to report to the Court, in 60 days, of any ongoing need for the stay.

**SO ORDERED.**

DATED THIS 17TH DAY OF JANUARY, 2019

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**